```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In Re:

        ABRAHAM VARUGHESE,                          Chapter     7

                                                    Case No.:   20-40616 JMM

                            Debtor.
---------------------------------------------------------------x
BABU ITTY,

                            Plaintiff,
                                                    Adv. Pro.:  20-01126 JMM
        -v-

ABRAHAM VARUGHESE,

                            Defendant.
---------------------------------------------------------------x
```

## STIPULATION AND ORDER

**WHEREAS** the above referenced Debtor ("Debtor-Defendant") having filed a chapter 7 bankruptcy petition in the Eastern District of New York on January 29, 2020 ("Filing Date"), and

**WHEREAS** creditor Babu Itty ("Itty" or "Plaintiff") having filed adversary proceeding 20-01126 (the "Adversary") on November 25, 2020 against the Debtor-Defendant pursuant to 11 U.S.C. 727 alleging facts sufficient for a denial of discharge; and

**WHEREAS** Debtor-Defendant answered the complaint denying the essential allegations in the complaint; and

**WHEREAS** the Plaintiff and Debtor-Defendant want to discontinue the Adversary; and

**WHEREAS** no consideration was paid by either party to the other to facilitate an agreement to have the Adversary dismissed; and

1

**WHEREAS** an affirmation pursuant to LBR 4007-1 is being filed with this Court on March 24, 2022 [ECF No. 8].

**NOW, IT IS AGREED AS FOLLOWS**:

1. The Adversary shall be dismissed with prejudice and without costs;

2. This stipulation shall be binding upon and inure to the benefit of the parties hereto and their heirs, executors, administrators, successors, and assigns;

3. This stipulation and the rights and obligations under this stipulation shall be governed by, and construed and interpreted in accordance with the Bankruptcy Code and the laws of the State of New York. The Bankruptcy Court may retain exclusive jurisdiction over the terms, conditions, interpretations, implementations, and any and all disputes relating to the Stipulation which may arise among and between the parties;

4. In construing and interpreting this stipulation This stipulation shall be deemed to have been jointly drafted by the parties . No provision shall be construed and interpreted for or against any off the parties because such provision or any other provision of the Stipulation was prepared or requested by such party;

[continued on the next page]

5. This stipulation may be signed in multiple counterparts and by facsimile or e mail transmission, each of which, when take together, shall constitute one executed original.

Dated: Brooklyn, New York
      March 24, 2022

ROSENBERG, MUSSO & WEINER
Attorneys for Plaintiff

 /s/   Robert Nadel
By: Robert Nadel
26 Court Street, Ste. 2211
Brooklyn, New York 11242
(718) 855-6840

Dated: Queens Village, New York
      March 24, 2022

Anele & Associates P.C.
Attorneys for the Debtor

 /s/   Irene Nwanyanwu
By: Irene Nwanyanwu Esq
97-13 Springfield Boulevard, 1st Fl.
Queens Village, New York 11429
(718) 776-0022

**SO ORDERED:**



Dated: Brooklyn, New York
April 25, 2022

Jil Mazer-Marino
United States Bankruptcy Judge